IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, #141412, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:04cv308-MHT |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 10 May 2006, the Magistrate Judge filed a Recommendation (Doc. #15) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the motion for summary judgment filed by the defendants Campbell and Mosley be and is hereby GRANTED;

3. That Judgment be and is GRANTED in favor of the defendants.

4. That this case be and is hereby DISMISSED with prejudice; and

4. That the costs of this proceeding be and are hereby taxed against the plaintiff.

Done this the 8th day of June, 2006.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE